# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DARRYL A. PACKER, a/k/a DARRYL DENNIS, : : : | |
| Petitioner, : | |
| vs. : | CIVIL ACTION 06-0665-CG-B |
| WARDEN KENNETH JONES, : : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. The Court finds that the Petitioner's rights were not violated; therefore, his request for habeas corpus relief is hereby **DENIED**.

**DONE and ORDERED** this 25th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE