IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRYL A. PACKER, a/k/a : 
DARRYL DENNIS, :
 :
    Petitioner, :
 :
vs. : CIVIL ACTION 06-0665-CG-B
 :
WARDEN KENNETH JONES, :
 :
    Respondent. :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the petitioner's request for habeas corpus relief is **DENIED**. The court further finds that Petitioner is not entitled to a certificate of appealability; therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 25th day of August, 2011.

                       /s/ Callie V. S. Granade
                       UNITED STATES DISTRICT JUDGE